OPINION BY ERVIN, J., November 16, 1960:

The facts and law involved in this appeal are the same as those which were involved in *Golden Bar, Inc. Liquor License Case (No. 1)*, 193 Pa. Superior Ct. 400, 165 A. 2d 285. Our decision in that case is controlling.

Order affirmed.

## Lehigh Casino, Inc. Liquor License Case No. 1.

Argued September 20, 1960.   Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Stanley M. Greenberg*, with him *Ochman and Greenberg*, for appellant.

*Russell C. Wismer*, Special Assistant Attorney General, with him *George G. Lindsay* and *Horace A. Segelbaum*, Assistant Attorneys General, and *Anne X.*

*Alpern,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

OPINION BY ERVIN, J., November 16, 1960:
The facts and law involved in this appeal are the same as those which were involved in *Golden Bar, Inc. Liquor License Case (No. 1),* 193 Pa. Superior Ct. 400, 165 A. 2d 285. Our decision in that case is controlling.

Order affirmed.

Lehigh Casino, Inc. Liquor License Case No. 2.

Argued September 20, 1960.   Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Stanley M. Greenberg,* with him *Ochman and Greenberg,* for appellant.